PD-1130-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 10/6/2015 10:34:26 AM
Accepted 10/7/2015 4:19:40 PM
ABEL ACOSTA
CLERK

NO. PD-1130-15

IN THE COURT OF CRIMINAL APPEALS OF TEXAS

AT AUSTIN

--------------------------------------------------------------------

NO. 14-14-00353-CR

IN THE COURT OF APPEALS FOR THE

FOURTEENTH DISTRICT OF TEXAS

AT HOUSTON

--------------------------------------------------------------------

ANDREW DEMOND HAYNES,                    APPELLANT

V.

THE STATE OF TEXAS,                      APPELLEE

--------------------------------------------------------------------

MOTION FOR SECOND EXTENSION OF TIME TO FILE
APPELLANT'S PETITION FOR DISCRETIONARY REVIEW

--------------------------------------------------------------------

Winston E. Cochran, Jr.
Attorney at Law
Texas Bar No. 04457300
P.O. Box 2945
League City, TX 77574
Tel. (713) 228-0264
E-mail:winstoncochran@comcast.net

Counsel for Appellant

FILED IN
COURT OF CRIMINAL APPEALS

October 7, 2015

ABEL ACOSTA, CLERK

**TO THE COURT OF CRIMINAL APPEALS OF TEXAS:**

COMES NOW the appellant, Andrew Demond Haynes (hereinafter "Haynes"), through the undersigned counsel, and respectfully requests that this Court grant a second extension of time to file the appellant's petition for discretionary review, for twenty-one days, until October 21, 2015, for reasons set forth as follows.

1. Haynes was indicted for Possession of a Controlled Substance, namely cocaine in an amount between four and 200 grams, with the intent to deliver it. A jury found the appellant guilty of the lesser offense of Possession of a Controlled Substance in such an amount, without an intent to deliver. Due to enhancement allegations, punishment was assessed at confinement for thirty years in the Texas Department of Criminal Justice, Correctional Institutions Division. Haynes gave timely notice of appeal.

2. On appeal Haynes challenged the sufficiency of the evidence to show that Haynes knew that the amount of the controlled substance was such as to place it in a higher category for punishment. The Court of Appeals rejected that claim and affirmed the judgment of the district court on July 30, 2015.

3. A petition for discretionary review was due on September 30, 2015, pursuant to a first extension. Haynes requests a second extension of time for filing the petition for twenty-one days, until October 21, 2015.

4. The reasons for the requested second extension are as follows:

(A) Since September 1, 2015, when the first extension request was filed, the undersigned counsel spent an unexpectedly large amount of time on matters relating to an Intoxication Manslaughter case, *State of Texas v. Darcie Spillers*, in the 405th District Court of Galveston County, Texas. First, on September 3, 2015, counsel had to go to Jefferson County, Texas, where Spillers was arrested for a DWI case, filed while Spillers was on bond. The next day counsel had to go into the 405th District Court for a brief hearing to determine whether a bond revocation hearing would be set. Then a hearing on the bond revocation motion was conducted on September 11, 2015. Another pretrial hearing on various motions was conducted on September 18, 2015, with final settlement efforts failing when the prosecutor raised the plea offer. Jury selection occurred on Monday, September 21, 2015, and the trial then lasted until the middle of the day on Friday, October 2, 2015. Every evening during trial was spent on preparation for the next day.

(B) Counsel also had to spend a few hours, right before the extended due date for the petition, working with another attorney on a civil appeal in the United States Court of Appeals for the Fifth Circuit, as the other attorney is not a Fifth Circuit member and had to have the undersigned counsel's assistance.

5. The issue which Haynes intends to present in his petition will be the following question, or a similarly worded question:

2

Did the Court of Appeals err in holding that the State was not required to prove that the defendant knew that the quantity of contraband was large enough to result in an increased punishment range?

This is essentially a question of statutory interpretation rather than a question of the state of the evidence in the particular case.

Wherefore Haynes prays that the time for filing a petition for discretionary review in this cause be extended to October 21, 2015.

Respectfully submitted,

**/s/ Winston E. Cochran, Jr.**
Winston E. Cochran, Jr.
Attorney at Law
Texas Bar No. 04457300
P.O. Box 2945
League City, TX 77574
Tel. (713) 228-0264
E-mail:winstoncochran@comcast.net
Counsel for Appellant

3

## CERTIFICATE OF SERVICE

I certify that copies of this petition have been served on counsel for the State electronically or by mail at the following addresses on October 6, 2015:

Harris County District Attorney's Office
Appellate Division
Attention: Jessica Caird
1201 Franklin, Suite 600
Houston, TX 77002

Hon. Lisa C. McMinn
State Prosecuting Attorney
P.O. Box 13046
Austin, TX 78711-3046

/s/ Winston E. Cochran, Jr.
Winston E. Cochran, Jr.

4